RECEIVED
NOV 28 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SONIA GRIMES, #A076-534-304         DOCKET NO. 11-CV-1326; SEC. P

VERSUS                              JUDGE JAMES T. TRIMBLE, JR.

JANET NAPOLITANO                    MAGISTRATE JUDGE JAMES D. KIRK

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED at _____Alexandria_____, Louisiana, this 28th day of _November_, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE